ORIGINAL

GLORIA Q. PALACOL
Post Office Box 287
Papaikou, Hawaii  96781
Telephone: _____
Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

JAMES IREIJO,                        )    Case:  CV 04-00538 DAE-BMK
                                     )
                    Plaintiff,       )    SATISFACTION OF JUDGMENT
                                     )
v.                                   )
                                     )
CLAIRE CAOAGDAN,                     )
GLORIA PALACOL,                      )
                                     )
                    Defendants.      )
_____)


SATISFACTION OF JUDGMENT

The undersigned hereby acknowledges full satisfaction and payment of the Default Judgment filed herein on July 20, 2005.

Dated at _____COOL_____, California, on this 28th day of ____January____, 2006.  Said Default Judgment having been recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2005-247863.

_____
JAMES IREIJO
Plaintiff